IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Ronald D. Weaver,                              :
              Appellant    :
                                :
           v.    :    No. 1860 C.D. 2016
                                :
Commonwealth of Pennsylvania      :
Department of Corrections Employees: :
Susan Shoff, Officer Evanisko,    :
Eugene Santorella, Trevor Wingard,   :
and Dorina Varner                 :

## **O R D E R**

NOW, September 27, 2017, having considered appellant's application for reargument, the application is denied.

 

_____
MARY HANNAH LEAVITT,
President Judge